UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

TRACY E. HARRIS #152470          )
                                 )
v.                               )     NO. 2:11-CV-227
                                 )
SGT. CLARK, C/O MILLER & C/O     )
WIGGINS                          )

**MEMORANDUM**

This prisoner's *pro se* civil rights action under 42 U.S.C. § 1983 is before the Court upon the postal return of correspondence sent to plaintiff at the address he listed as his current address in the complaint. The correspondence was returned by the postal authorities more than ten days ago [i.e., December 14, 2011], marked, "Return to Sender, Paroled," [Doc. 3]. Obviously, plaintiff has failed to keep the Court apprised as to his correct address and, without it, neither the Court nor the defendants can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Rule 41(b) of the Federal Rules of Civil Procedure.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE